Signed: October 12, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                    Case No. 10-47936 EDJ
                                         Chapter 13
JULIA PEDRUCO,

                    Debtor./

ORDER VACATING ORDER OF DISMISSAL

The above-captioned case was dismissed on September 20, 2010, for debtor's failure to file required documents. Debtor having since filed the required documents, and other good cause appearing, it is

ORDERED that the court's order of dismissed, entered on September 20, 2010 in the above-captioned case, is hereby vacated.

**END OF ORDER**

Order Vacating Order of Dismissal

```
 1                      COURT SERVICE LIST
 2
 3  All Recipients
```

Order Vacating Order of Dismissal

2

Case: 10-47936    Doc# 32    Filed: 10/12/10    Entered: 10/12/10 16:43:34    Page 2 of 2