BARBARA A. MATTHEWS (SBN 185094)
Assistant U.S. Trustee
MARGARET H. MCGEE (SBN 142722)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5217
Telephone: (510) 637-3200
Maggie.McGee@usdoj.gov

Attorneys for Acting United States Trustee,
AUGUST B. LANDIS

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re ) Case No. 10-47936
) Chapter 11
**JULIA PEDRUCO** )
) Date: April 14, 2011
) Time: 2:30 p.m.
Debtor. ) Room: 215
)

## MOTION BY UNITED STATES TRUSTEE
## TO CONVERT OR DISMISS CASE

The Acting United States Trustee for Region 17 hereby moves this Court for the entry of an Order, pursuant to 11 U.S.C. § 1112 converting the above-captioned Chapter 11 case to a Chapter 7 case, or, in the alternative, dismiss the case. This motion is supported by the accompanying memorandum of points and authorities.

WHEREFORE, the U.S. Trustee requests that this case either be converted to a case under Chapter 7 or be dismissed, and for such other and further relief as the Court deems just and proper.

Dated: March 15, 2011

                              BARBARA A. MATTHEWS
                              Assistant United States Trustee

            By: *Margaret H. McGee*
                  Margaret H. McGee
                  Trial Attorney

**Motion by UST**
**Case No. 10-47936**

1

| | |
|---|---|
| 1 | # CERTIFICATE OF SERVICE |
| 2 | |
| 3 | I, the undersigned, declare as follows: |
| 4 | I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action. |
| 5 | |
| 6 | My business address is 1301 Clay Street, Suite 690N, Oakland, California 94612-5231. |
| 7 | On March 15, 2011, I served, by mail, a copy of the following documents: |
| 8 | • **NOTICE OF MOTION AND HEARING ON MOTION BY UNITED STATES TRUSTEE TO CONVERT OR DISMISS CASE** |
| 9 | • **MOTION BY ACTING UNITED STATES TRUSTEE TO CONVERT OR DISMISS CASE** |
| 10 | |
| 11 | • **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY ACTING UNITED STATES TRUSTEE TO CONVERT OR DISMISS CASE** |

by enclosing a true and correct copy of said document(s) in an envelope with postage thereon fully prepaid, which envelope was then sealed and deposited in the United States mail at Oakland, California, addressed to each of the person(s) listed below:

**Pro Se Debtor:**
Julia Pedruco
90 Cleaveland Rd., #4
Pleasant Hill, CA 94523

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of March 2011 in Oakland California.

                               _M. Pellerin_
                                 M. Pellerin