1  BARBARA A. MATTHEWS (SBN 185094)
   Assistant U.S. Trustee
2  MARGARET H. MCGEE (SBN 142722)
   Trial Attorney
3  UNITED STATES DEPARTMENT OF JUSTICE
   Office of the United States Trustee
4  1301 Clay Street, Suite 690N
   Oakland, California 94612-5217
5  Telephone: (510) 637-3200
   Maggie.McGee@usdoj.gov
6
   Attorneys for Acting United States Trustee,
7  AUGUST B. LANDIS

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                )   Case No. 10-47936
                                     )   Chapter 11
**JULIA PEDRUCO**                    )
                                     )   Date:  April 14, 2011
                                     )   Time:  2:30 p.m.
           Debtor.                   )   Room:  215
_____)

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**MOTION BY ACTING UNITED STATES TRUSTEE**
**TO CONVERT OR DISMISS CASE**

The Acting United States Trustee for Region 17, ("U.S. Trustee") hereby provides this memorandum of points and authorities in support of his motion for the entry of an Order, pursuant to 11 U.S.C. § 1112 converting the above-captioned Chapter 11 case to a Chapter 7 case, or, in the alternative, dismissing the case.

1. On July 14, 2010, Julia Pedruco, ("Debtor"), commenced this case by filing a voluntary petition under Chapter 13 in the United States Bankruptcy Court for the Northern District of California, Oakland Division. On September 14, 2010, a motion to dismiss the case was filed by the chapter 13 trustee. On September 20, 2010 an order dismissing Debtor's chapter 13 case was entered. On October 5, 2010 the Debtor filed a motion to vacate the order of dismissal. On October 12, 2010, an order vacating the order of dismissal was entered. On January 10, 2011, the Debtor filed a motion to convert her case to a case under chapter 11. On January 28, 2011 the case was converted to a chapter 11 case. On February 28, 2011 the meeting of creditors was held and concluded. Thereafter, Debtor failed to provide information

**Memorandum of Points and Authorities**
**Case No. 10-47936**                                                                 1

reasonably requested by the United States Trustee pursuant to 11 U.S.C. § 1112(b)(4)(H), failed to disclose assets, and does not have the means necessary to file a feasible plan. Accordingly, this case should be converted or dismissed pursuant to Section 1112.

**Failure to Provide Information Reasonably Requested**

2. Pursuant to 11 U.S.C. § 1112(b)(4)(H), cause includes a failure to timely provide information reasonably requested by the United States Trustee.

3. 11 U.S.C. § 704(8) made applicable in Chapter 11 cases by 11 U.S.C. § 1107(a) requires the debtor to provide information as the United States Trustee requires.

4. The debtor has failed to provide the Office of the United States Trustee with information requested on February 3, 2011, regarding proof of opening a Debtor in Possession account, proof of insurance and 2009 tax returns.

**Failure to Disclose Assets**

5. On Debtor's schedule A, she listed no real property. On Schedule B she listed personal property in the amount of $4,945.

6. On July 14, 2011, the Debtor's original Schedule D reflected two secured claims, the first held by Wachovia Mortgage in the amount of $447,069 and the second held by State Farm in the amount of $33,933.

7. On January 10, 2011, the Debtor amended her Schedule F to include the Wachovia claim on $447,069 and the State Farm claim of $ 33,933 as unsecured debts.

8. The Debtor has failed to disclose any of her assets on Schedule A and instead listed a secured debt on Schedule F in an attempt to place the burden on the secured creditor to prove that they have a valid mortgage.

**Does Not Have the Means Necessary to File a Feasible Plan**

9. On February 25, 2011, the Debtor filed a Chapter 11 statement of Current Monthly Income which reflects a monthly income of $500.00

10. Based upon the disclosed income, the U.S. Trustee has concluded that there are insufficient funds in the estate to fund a feasible plan.

11. Debtor's failure to comply with the requirements of the Bankruptcy Code, the

1  Bankruptcy Rules and the United States Trustee Guidelines indicate that the Debtor is unable to
2  manage her affairs as required of a debtor in possession and constitutes "cause" for conversion or
3  dismissal under 11 U.S.C. § 1112 of the Bankruptcy Code.
4      In conclusion, based upon the foregoing, the U.S. Trustee submits that the Court should
5  enter an Order converting this case to Chapter 7 case, or, in the alternative, dismissing this case.
6  Date: March 15, 2011                    Respectfully submitted,

                                          Barbara Matthews
                                          Assistant United States Trustee

                        By:    *Margaret H. McGee*
                                Margaret H. McGee
                                Trial Attorney

**Memorandum of Points and Authorities**
**Case No. 10-47936**
3
Case: 10-47936    Doc# 59-1    Filed: 03/15/11    Entered: 03/15/11 14:28:24    Page 3 of 3